

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

JN/DKK
F. #2017R05903

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

February 13, 2020

<u>By Email and ECF</u>

Michael Levy
Joan M. Loughnane
Sidley Austin LLP

David Bitkower
Matthew S. Hellman
Jenner & Block LLP

        Re:    <u>United States v. Huawei Technologies Co., Ltd., et al.</u>
               <u>Criminal Docket No. 18-457 (S-3) (AMD)</u>

Dear Counsel:

        Enclosed please find the government's fifteenth production of discovery in accordance with Rule 16 of the Federal Rules of Criminal Procedure. This discovery supplements the government's previous productions. The discovery is being produced pursuant to the Protective Order entered by the Court on June 10, 2019. <u>See</u> ECF Docket Entry No. 57. The government also requests reciprocal discovery from the defendant.

I. <u>The Government's Discovery</u>

| Document Description | Category of Discovery Pursuant to Protective Order | Bates Range |
|---|---|---|
| Copies of information stored on the electronic devices of a Huawei employee obtained in 2014 | Discovery Material | DOJ_HUAWEI_B_0000005755 |

          Very truly yours,

          RICHARD P. DONOGHUE
          United States Attorney

By: /s/ Julia Nestor
    Alexander A. Solomon
    Julia Nestor
    David K. Kessler
    Sarah Evans
    Assistant United States Attorneys
    (718) 254-7000

    DEBORAH L. CONNOR
    Chief, Money Laundering and Asset
    Recovery Section, Criminal Division
    U.S. Department of Justice

By: /s/ Laura Billings
    Laura Billings
    Christian J. Nauvel
    Trial Attorneys

    JAY I. BRATT
    Chief, Counterintelligence and Export
    Control Section
    National Security Division, U.S. Department
    of Justice

By: /s/ Thea D. R. Kendler
    Thea D. R. Kendler
    David Lim
    Trial Attorneys

cc: Clerk of the Court (AMD) (by ECF) (without Enclosures)