UNITED STATES DISTRICT COURT EASTERN
DISTRICT OF NEW YORK

------------------------------------------------- X

UNITED STATES OF AMERICA

  v.             No. 18-CR-457 (AMD)

HUAWEI TECHNOLOGIES CO., LTD.,
*et al.*,

    Defendants.

------------------------------------------------- X

## NOTICE OF APPEARANCE

  **Please take notice** that Trial Attorney Jasmin Salehi Fashami from this point forward will be added as counsel in the above-captioned matter.

  All future correspondence to the United States in the above-captioned matter should be sent to:

    Trial Attorney Jasmin Salehi Fashami
    Money Laundering and Asset Recovery Section
    Criminal Division
    U.S. Department of Justice
    1400 New York Ave., NW
    Washington, D.C. 20005
    Tel:  (202) 262-7734
    Email: jasmin.salehi.fashami@usdoj.gov

In addition, the Clerk of the Court is respectfully requested to ensure that all future ECF notifications are sent to Trial Attorney Jasmin Salehi Fashami at the email address set forth above.

Dated: January 29, 2024

Respectfully submitted,

Margaret Moeser
Chief
Money Laundering and Asset Recovery Section

By: /s/ Jasmin Salehi Fashami
Jasmin Salehi Fashami
Trial Attorney

cc: Clerk of the Court (AMD)