

U.S. Department of Justice

National Security Division

*Counterintelligence and Export Control Section*  950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530

May 16, 2024

**By ECF**

The Honorable Ann M. Donnelly
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    Re:    United States v. Huawei Technologies Co., Ltd., et al.
              Criminal Docket No. 18-457 (S-3) (AMD)

Dear Judge Donnelly:

      The government respectfully notifies the Court of its filing today, via the Classified Information Security Officer, of its third memorandum in support of its classified ex parte, in camera motion for a protective order pursuant to Section 4 of the Classified Information Procedures Act and Federal Rule of Criminal Procedure 16(d)(1).

                                                      Respectfully submitted,

| | |
|---|---|
| BREON PEACE | JENNIFER KENNEDY GELLIE |
| United States Attorney | Executive Deputy Chief, |
| Eastern District of New York |    performing the duties of Chief |
| | Counterintelligence and Export Control Section |
| Alexander A. Solomon | National Security Division |
| Meredith A. Arfa | U.S. Department of Justice |
| Robert M. Pollack | |
| Assistant United States Attorneys | By: /s/ |
| | Christian J. Nauvel |
| | Yifei Zheng |
| | Monica Svetoslavov |
| | Garrett Coyle |
| | Trial Attorneys |

MARGARET A. MOESER
Acting Chief
Money Laundering and Asset Recovery Section
Criminal Division
U.S. Department of Justice

Laura M. Billings
Taylor G. Stout
Jasmin Salehi Fashami
Trial Attorneys

cc: Clerk of the Court (AMD) (by ECF)
Defense Counsel of Record (by ECF)