UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------X

UNITED STATES OF AMERICA

    v.                                          No. 18-CR-457 (AMD)

HUAWEI TECHNOLOGIES CO., LTD.,
*et al.*,

            Defendants.

------------------------------X

## NOTICE OF APPEARANCE

**Please take notice** that Monica Svetoslavov appears as counsel for the United States in the above-captioned matter.

All future correspondence to the United States in the above-captioned matter should be sent to:

    Monica Svetoslavov
    Counterintelligence and Export Control Section
    National Security Division
    U.S. Department of Justice
    950 Pennsylvania Avenue NW
    Suite 7700D
    Washington, D.C. 20530
    Tel:  (202) 514-8229
    Monica.Svetoslavov@usdoj.gov

The Clerk of the Court is respectfully requested to ensure that all future ECF notifications are sent to Monica Svetoslavov at the email address above.

Dated: July 12, 2024

Respectfully submitted,

Jennifer Kennedy Gellie
Executive Deputy Chief,
Counterintelligence and Export Control
Section, National Security Division,
U.S. Department of Justice

By: /s/ Monica Svetoslavov
Monica Svetoslavov
Trial Attorney

cc: Clerk of the Court (AMD)