

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

MAA/LB/CJN  
F. #2017R05903

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

July 30, 2024

By Email and ECF

Douglas A. Axel
Michael A. Levy
Jennifer Saulino
Daniel Rubinstein
Ellyce R. Cooper
Melissa Colon-Bosolet
Sidley Austin LLP

David Bitkower
Matthew S. Hellman
Jenner & Block LLP

>Re: United States v. Huawei Technologies Co., Ltd., et al.
>Criminal Docket No. 18-457 (S-3) (AMD)

Dear Counsel:

Enclosed please find the government's production of discovery in accordance with Rule 16 of the Federal Rules of Criminal Procedure. This discovery supplements the government's previous productions. The discovery is being produced pursuant to the Protective Order entered by the Court on June 10, 2019 ("the Protective Order"). See ECF Docket Entry No. 57. The government also requests reciprocal discovery from the defendants.

I. The Government's Discovery

| Document Description | Category of Discovery Pursuant to Protective Order | Bates Range |
|---|---|---|
| Records regarding a Huawei vendor. | Sensitive Discovery Material | DOJ_HUAWEI_A_0123761837 – DOJ_HUAWEI_A_0123765908 |
| Records regarding a Huawei vendor. | Discovery Material | DOJ_HUAWEI_A_0123765909 – DOJ_HUAWEI_A_0123787468 |

Very truly yours,

BREON PEACE
United States Attorney
Eastern District of New York

By: /s/ Meredith A. Arfa
     Alexander A. Solomon
     Meredith A. Arfa
     Robert Pollack
     Assistant United States Attorneys
     (718) 254-7000

     MARGARET A. MOESER
     Chief, Money Laundering and Asset
     Recovery Section, Criminal Division
     U.S. Department of Justice

By: /s/ Laura Billings
     Laura Billings
     Jasmin Salehi Fashami
     Taylor Stout
     Trial Attorneys

     JENNIFER KENNEDY GELLIE
     Acting Chief, Counterintelligence and
     Export Control Section
     National Security Division, U.S. Department
     of Justice

By: /s/ Christian Nauvel
     Christian Nauvel
     Yifei Zheng
     Garrett Coyle
     Monica Svetoslavov
     Ahmed Almudallal
     Trial Attorneys